UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-551-T35-AEP

8 U.S.C. § 1326(a) and (b)(1)

ARTURO ALFONSO-LOPEZ,
a/k/a ARTURO LOPEZ,
a/k/a ANTONIO LOPEZ,
a/k/a ARTURO ANTONIO ALFONSO LOPEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 21, 2016, in the Middle District of Florida, the defendant,

ARTURO ALFONSO-LOPEZ,
a/k/a ARTURO LOPEZ,
a/k/a ANTONIO LOPEZ,
a/k/a ARTURO ANTONIO ALFONSO LOPEZ

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Felony Petit Theft on or about June 8, 2008, in Hillsborough County, in the 13th Judicial Circuit for the State of Florida;

2. Possession of Burglary Tools on or about June 8, 2008, Hillsborough County, in the 13th Judicial Circuit for the State of Florida;

3. Illegal reentry on February 28, 2013, in the United States District Court for the Western District of Texas;

and was thereafter deported, excluded, and removed from the United States on or about August 2, 2008, October 10, 2012, January 22, 2016, and February 29, 2016, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Charlie D. Connally
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section

T:\_Cases\Criminal Cases\A\Alfonso-Lopez, Arturo_2016R0Pend_CDC\p-indictment-Alfonso-Lopez.docx

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ARTURO ALFONSO-LOPEZ,
a/k/a "ARTURO LOPEZ,"
a/k/a "ANTONIO LOPEZ,"
a/k/a "ARTURO ANTONIO ALFONSO-LOPEZ"

## INDICTMENT

Violations:   Title 8, United States Code, Sections 1326(a) and (b)(1)

A true bill,

_____
Foreperson

Filed in open court this 28th day of December, 2016.

_____
Clerk

Bail $_____

GPO 863 525